# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 570 EAL 2015

            Respondent         :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court

        v.                       :

JOSE LOPEZ,                   :

            Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

      Justice Eakin did not participate in the consideration or decision of this matter.